**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD A. TRANSUE AND ELIZABETH ANNE PEARCE, ) ) ) | Case No. EDCV 09-02210 VAP(DTBx) |
| Plaintiffs, ) ) | **JUDGMENT** |
| v. ) ) | |
| DAVID HEREDIA AND DOES ) 1-10, INCLUSIVE, ) ) | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: November 24, 2010

_____
     VIRGINIA A. PHILLIPS
United States District Judge